IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Troy,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　　　Defendants. | No.  CV-20-01447-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is Defendant Trans Union LLC's Unopposed Motion to Extend (Doc. 78), in which Defendant requests an extension of the deadline to file its bill of costs. Finding good cause appearing,

　　　　**IT IS ORDERED** that the Motion to Extend (Doc. 78) is **granted**.

　　　　**IT IS FURTHER ORDERED** that the deadline for Defendant Trans Union LLC to file its bill of costs shall be extended to **January 17, 2022**.

　　　　Dated this 4th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven P. Logan*
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge